Good Impressions Cleaning, Inc., Appellant,
against
Maid for New York, Inc., Respondent.



Appeal, on the ground of inadequacy, from a judgment of the Civil Court of the City of New York, Richmond County (Lizette Colon, J.), entered February 6, 2015. The judgment, after a nonjury trial, awarded plaintiff the principal sum of $500.




ORDERED that the judgment is affirmed, without costs.
Plaintiff commenced this small claims action to recover the principal sum of $4,850 based on defendant's failure to pay for cleaning services. After a nonjury trial, the Civil Court awarded plaintiff the principal sum of $500.
In a small claims action, our review is limited to a determination of whether "substantial justice has . . . been done between the parties according to the rules and principles of substantive law" (CCA 1807; see CCA 1804; Ross v Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125, 126 [2000]). The determination of a trier of fact as to issues of credibility is given substantial deference, as a trial court's opportunity to observe and evaluate the testimony and demeanor of the witnesses affords it a better perspective from which to assess their credibility (see Vizzari v State of New York, 184 AD2d 564 [1992]; Kincade v Kincade, 178 AD2d 510, 511 [1991]). This deference applies with greater force to judgments rendered in the Small Claims Part of the court (see Williams v Roper, 269 AD2d at 126). 
As plaintiff failed to prove that it had sustained damages in an amount greater than the principal sum of $500 awarded to it, we find no basis to conclude that substantial justice (see CCA 1804, 1807) requires an increase in the amount awarded to plaintiff.
Accordingly, the judgment is affirmed.
Elliot, J.P., Pesce and Solomon, JJ., concur.
Decision Date: January 20, 2017